UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-61296-CIV-DIMITROULEAS/Snow

BURBERRY LIMITED, A UNITED
KINGDOM COMPANY, *et al.*,

       Plaintiffs,

vs.

FCHYT, *et al.*

       Defendants.
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiffs, Burberry Limited, a United Kingdom company, and Burberry Limited, a New York corporation ("Plaintiffs"), by and through their undersigned counsel, hereby request that the Clerk enter default in this matter against Defendants, the Individuals, Partnerships and Unincorporated Associations as identified on Schedule "A" hereto (collectively "Defendants")[1] on the ground that Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. (Declaration of Stephen M. Gaffigan in Support of Plaintiffs' Request for Clerk's Entry of Default ("Gaffigan Decl.") ¶ 6, filed concurrently herewith.)

On July 15, 2020, Defendants were served with their respective Summons and a copy of the Complaint via electronic mail ("e-mail") and via website posting pursuant to the Court's Order authorizing alternate service of process. (Gaffigan Decl. ¶ 3; see ECF No. 29-1 and 29-2, Affidavits of Service on file with the Court.)

---

[1] Plaintiffs are not seeking entry of default against Defendant Nos. 23 (Bai Lian Yi), 25 (SEXYYOYO aka hotwinter19) and 26 (X1Love).

Time allowed for Defendants to respond to the Complaint has expired. (Id. at ¶ 4.) Neither Plaintiffs nor the Court has granted the Defendants an extension of time to respond to the Complaint. (Id. at ¶ 5.) Defendants have failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other response upon Plaintiffs' attorneys of record. (Id. at ¶ 6.) Plaintiffs are informed and believe that none of the Defendants are infants or incompetent persons. (Id. at ¶ 7.) Plaintiffs are informed and believe that the Servicemembers Civil Relief Act does not apply. (Id.)

WHEREFORE, Plaintiffs hereby request that default be entered against Defendants, the Individuals, Partnerships and Unincorporated Associations as identified on Schedule "A" hereto.

DATED: September 21, 2020                                    Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By: /Stephen M. Gaffigan/
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
Christine Ann Daley (Fla. Bar No. 98482)
T. Raquel Wiborg-Rodriguez(Fla. Bar. No. 103372)
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: stephen@smgpa.net
E-mail: leo@smgpa.net
E-mail: christine@smgpa.net
E-mail: raquel@smgpa.net

Attorneys for Plaintiffs

## SCHEDULE "A"

| Defendant Number | Defendant / Seller ID |
|---|---|
| 1 | fchyt |
| 2 | Wowlzd US |
| 3 | zinelink.com |
| 4 | arunprasann_0 |
| 5 | bungmawa-0 |
| 6 | dulamart |
| 7 | ishlak-69 |
| 8 | jaipanjak_0 |
| 9 | petruha-stad |
| 10 | rambo_3c |
| 11 | ranasichandr-0 |
| 12 | rasrathn-59 |
| 13 | sham_7580 |
| 14 | Dosoma Toys Store |
| 15 | Tswim Official Store |
| 16 | baochundieying |
| 17 | cenjuquan |
| 18 | duninggaopin |
| 19 | GDVS |
| 20 | mingchuping |
| 21 | VDKVFV |
| 22 | yanshiwuzhuanyi |
| 24 | ISABEL LARA |
| 27 | Aa2019 |
| 28 | Act88 |
| 29 | Aiden_accessor |
| 30 | Alian88 |
| 31 | Andy_fashion |
| 32 | Appaa |
| 33 | baowenye88 |
| 34 | baroquecrown |
| 35 | bele2012 |
| 36 | belt22222 |
| 37 | Beltgoodbelts |
| 38 | brand_logo_bb |
| 39 | Brand11 |
| 40 | brant8906 |
| 41 | bunny_jewelry |
| 42 | Burberry10086 |

3

| Defendant Number | Defendant / Seller ID |
|---|---|
| 43 | Caidghate |
| 44 | Caimianguan |
| 45 | Cainew |
| 46 | cdsdvvfs |
| 47 | Charm_style aka baby shoes outlets |
| 48 | Chen13527764686 |
| 49 | chenhao0310 |
| 50 | cigarettes007 |
| 51 | Classic2020 |
| 52 | Clothing66 |
| 53 | Cool789 |
| 54 | deng1103 |
| 55 | Dh7913 |
| 56 | Dhgate28 |
| 57 | Dhgate5858 |
| 58 | diouman447447 |
| 59 | Dsq_ji |
| 60 | dunhuang1717 |
| 61 | dyrcj1314520 |
| 62 | Easily333 |
| 63 | fangyuan2668 |
| 64 | Fashionawjh666 |
| 65 | fashionladies2007 |
| 66 | Fashionladies2019 |
| 67 | Feng886 |
| 68 | fenglai1688 |
| 69 | Foresttang |
| 70 | fortherestofmyl |
| 71 | Fucai8386 |
| 72 | great_baby |
| 73 | guangzhouruger |
| 74 | gzruger |
| 75 | Hail668 |
| 76 | Handbag66 |
| 77 | Hangbelt001 |
| 78 | Hangrong54 |
| 79 | Hattrick888 |
| 80 | Hkx551 |
| 81 | Hotselling1to1 |
| 82 | Hotwind810 |
| 83 | Ivy8848 |

| Defendant Number | Defendant / Seller ID |
|---|---|
| 84 | Jack84 |
| 85 | Jerry1984 |
| 86 | jia9038 |
| 87 | jinbao7990 |
| 88 | Jun1203 |
| 89 | Kk168168 |
| 90 | know456 |
| 91 | Leefendi |
| 92 | lenovo98 |
| 93 | Lili8899 |
| 94 | Lingjing616 |
| 95 | Linling888 aka Fashion Luxury Sunglasses |
| 96 | Lixiaoshi668 |
| 97 | ljy881688 |
| 98 | lliang886 |
| 99 | long820106 |
| 100 | Luckin_store |
| 101 | luckystar001 |
| 102 | Lyxhyl568 |
| 103 | Macro02 |
| 104 | Mgood123 |
| 105 | miffy359 |
| 106 | Mimao368 |
| 107 | Min113 |
| 108 | Modern8899 |
| 109 | Mytcoltd2 |
| 110 | Nice_s8 |
| 111 | Paike2019 |
| 112 | Peppa_pig2 |
| 113 | Pinkword6618 |
| 114 | Qiao6688 |
| 115 | rare2019 |
| 116 | rugerltd1 |
| 117 | Scarf6688 |
| 118 | Scarf98 |
| 119 | Scarfsl |
| 120 | Selling8888 |
| 121 | Sfbaby |
| 122 | Shake88 |
| 123 | sheng8800 |

| Defendant Number | Defendant / Seller ID |
|---|---|
| 124 | Shicheng518 |
| 125 | Shinelong1898 |
| 126 | shipin597 |
| 127 | Shitang8877 |
| 128 | Shopee66 |
| 129 | Shuang26 |
| 130 | Silk88 |
| 131 | Skyblue168 |
| 132 | sn666 |
| 133 | taohua1020 |
| 134 | Tianqibelt128 |
| 135 | tiantian0808 |
| 136 | tom1207 |
| 137 | trdzone |
| 138 | Ture_beauty |
| 139 | W15660676290 |
| 140 | Wahaha007 |
| 141 | Weq147 |
| 142 | wsj488 |
| 143 | ww801 |
| 144 | Xiezhongxiang |
| 145 | Xinxiang566 |
| 146 | Xu625990 |
| 147 | Xue506917 |
| 148 | Yanang |
| 149 | Yang8210 |
| 150 | Yayute004 |
| 151 | yj6688 |
| 152 | Yong13167415260 |
| 153 | Yongcheng11 |
| 154 | Yuy567 |
| 155 | Yuyuan99 |
| 156 | Yxl86 |
| 157 | zhangnang2019 |
| 158 | zhen919298 |
| 159 | Zhen998 |
| 160 | zhenggui85 |
| 161 | zyh924 |
| 162 | Zyzhouls |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that a true copy of the foregoing was served this 21st day of September 2020, via e-mail to the e-mail addresses at which Defendants were served and via website posting by posting a true and accurate copy of the following document(s) on the website http://servingnotice.com/BuR7Z5/index.html.

       s:/*Stephen M. Gaffigan/*
       Stephen M. Gaffigan