UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61296-CIV-DIMITROULEAS/SNO

BURBERRY LIMITED, A UNITED
KINGDOM COMPANY, *et al.*,

      Plaintiffs,

vs.

FCHYT, *et al.*,

      Defendants.
_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiffs' Motion for Entry of Final Default Judgment against Defendants (the "Motion") [DE 44], filed herein on October 13, 2020. The Court has carefully considered the Motion [DE 44] and is otherwise fully advised in the premises.

On September 22, 2020, the Clerk entered a default against Defendants, the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" to Plaintiffs' instant Motion (collectively "Defendants") for failure to appear, answer or otherwise plead to the amended complaint filed herein within the time required. *See* [DE 40]. Thereafter, on October 13, 2020, Plaintiffs filed the instant Motion [DE 44] seeking a default judgment against Defendants.  On October 14, 2020, the Court issued an Order to Show Cause why this Motion should not be granted [DE 47].  Defendants failed to respond.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion [DE 44] is hereby **GRANTED.**

2. In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

3. Plaintiffs are ordered to serve a copy of this Order upon Defendants via e-mail to the e-mail accounts provided by each Defendant as part of the data related to its e-commerce store or website, including customer service e-mail addresses and onsite contact forms, or via the e-commerce platform e-mail for each of the e-commerce stores or registrar of record for the domain name; and by publicly posting a true and accurate copy of the foregoing on Plaintiffs' designated serving notice website appearing at http://servingnotice.com/BuR7Z5/index.html.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 28th day of October, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record

2